IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDUARDO CAZAREZ, on behalf of himself, and all other similarly situated plaintiffs known and unknown,<br><br>    Plaintiff,<br><br>    v.<br><br>WIRTZ REALTY CORP. A/K/A WIRTZ RESIDENTIAL D/B/A IVANHOE NURSERY,<br><br>    Defendant. | Case No. 1:16 cv 6814<br><br>Honorable Andrea R. Wood |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Eduardo Cazarez, and Defendant, Wirtz Realty Corp. a/k/a, Wirtz Residential, d/b/a Ivanhoe Nursey, hereby stipulate that this action be dismissed *without prejudice*. For thirty (30) days from the entry of this Stipulation to Dismiss, the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement and during which time any of the parties can reinstate the case for the sole purpose of enforcing the terms of their settlement agreement. If no motion to reinstate the case for the purpose of enforcing the settlement agreement is filed within thirty (30) days of the entry of this Stipulation to Dismiss, then: (1) this Stipulation to Dismiss shall convert into a dismissal *with prejudice* and (2) the Court shall relinquish jurisdiction to enforce the terms of the settlement agreement consistent with the Seventh Circuit decisions in *Blue Cross & Blue Shield Ass'n v. Am. Express Co.*, 467 F.3d 634 (7th Cir. 2006), and *Shapo v. Engle*, 463 F.3d 641 (7th Cir. 2006).

/s/ Earl Farkas  /s/ Neil Kelley
―――――――――――――――――――  ―――――――――――――――――――
Earl Farkas, Attorney for Defendant,  Neil Kelley, Attorney for Plaintiff

Dated: May 24, 2017

Filed and Prepared by:
Neil Kelley (6306308)
33 North LaSalle St #900
Chicago, IL 60602
(312) 784-3541

Attorneys for the Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served on all parties of record through the Court's electronic filing system on May 24, 2017.


/s/Neil Kelley
Neil Kelley
One of the Attorneys for Plaintiff